UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVERS APPAREL, L.L.C., | No. C-13-05284 DMR |
| Plaintiff(s), | **ORDER RE MEDIATION** |
| v. | |
| BARRET PURDUM, ET AL, | |
| Defendant(s). | |

The court has received the parties' stipulation requesting referral to mediation. [Docket No. 22.] Given Plaintiff's pending motion to remand, the court must first determine whether this court has jurisdiction over this matter before taking any other actions, including referring the case to mediation. However, the parties and the mediator are free to define the scope of the upcoming mediation in *Purdum, et al. v. Wolfe*, Case No. 13-4816-DMR, to include claims asserted in this action.

IT IS SO ORDERED.

Dated: January 29, 2014

DONNA M. RYU
United States Magistrate Judge